IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-02172-MSK-CBS | Date: January 6, 2016 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

LISA TORMOEN HICKEY,   Terry Miller
                      Chad Williams

Plaintiff,

v.

GREGORY BALDWIN,   Diana May

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 01:30 p.m.**
Court calls case. Appearances of counsel.

Discussion regarding state court case. Deadlines have not been set in the state court case.

Argument regarding *[22] Defendant's Motion to Stay Discovery*.

**ORDERED:** *[22] Defendant's Motion to Stay Discovery* is **GRANTED in part and DENIED in part**. A stay of discovery is entered in regards to Mr. Baldwin. During the pendency of the stay, the Plaintiff is precluded from serving written discovery on Mr. Baldwin, Mr. Baldwin will not be deposed, and Mr. Baldwin will not have to provide initial disclosures.

Mr. Williams makes oral motion for extension of time to respond to *[20] Defendant's Motion to Dismiss*.

**ORDERED:** Oral motion is **GRANTED**. Plaintiff's response to *[20] Defendant's Motion to Dismiss* is due on or before **February 4, 2016.** Defendant's reply is due on or before **February 18, 2016.**

A Motion Hearing for *[20] Defendant's Motion to Dismiss* is set for **March 7, 2016 at 9:00 a.m.**

Counsel is in agreement to not set any deadlines for this case until after deadlines are set in the state court case. A Scheduling Conference in the state court case is set for January 11, 2016.

**ORDERED:** A further Scheduling Conference is set for **February 1, 2016 at 10:00 a.m.** Counsel does not need to submit a new proposed scheduling order. Counsel shall submit a copy of the management plan for the state court action to this court for review before the Scheduling Conference.

Parties anticipate submitting a protective order for the court's review.

Hearing concluded.

**Court in recess: 02:12 p.m.**
Total time in court:     00:42

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.