IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-02172-MSK-CBS | Date: April 19, 2016 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*               *Counsel:*

LISA TORMOEN HICKEY,             Erin Murphy
                                  Chad Williams

Plaintiff,

v.

GREGORY BALDWIN,                 Diana May
                                  Kenneth Hodges

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONE CONFERENCE**
**Court in session: 11:02 a.m.**
Court calls case.  Appearances of counsel.

Since the last hearing, parties have completed some discovery.  Parties are scheduled for mediation on April 26, 2016.  Plaintiff's counsel asks for an additional 90 days from today to file an amended complaint.

Ms. May makes oral motion to withdraw *[20] Defendant's Motion to Dismiss*.

**ORDERED:**  Ms. May's oral motion is **GRANTED**. *[20] Defendant's Motion to Dismiss* is **WITHDRAWN without prejudice.**  The defendant's obligation to otherwise respond to the complaint is STAYED.  The Plaintiff's obligation to file an amended complaint is STAYED pending settlement discussions.  If parties are unable to reach a settlement, the Plaintiff may conduct limited discovery to file an amended complaint.

Hearing Concluded.

**Court in recess: 11:13 a.m.**
Time in court: 00:11

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.